IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL L. SHACKELFORD, JR.　　　　　　　　　　　　PLAINTIFF
ADC #137071

v.　　　　　　　　　No. 4:20-cv-1404-DPM

DEPARTMENT OF THE TREASURY;
INTERNAL REVENUE SERVICE;
BUREAU OF FISCAL SERVICE;
and JOHN and JANE DOES　　　　　　　　　　　　　　DEFENDANTS

## ORDER

**1.** Shackleford hasn't paid the $400 filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 15 January 2021. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(2).

**2.** The Court directs the Clerk to mail Shackleford an application to proceed *in forma pauperis*. If the Court grants Shackleford permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 December 2020