IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL L. SHACKELFORD, JR.                                               PLAINTIFF
ADC #137071

v.                           No. 4:20-cv-1404-DPM

DEPARTMENT OF THE TREASURY;
INTERNAL REVENUE SERVICE;
BUREAU OF FISCAL SERVICE;
and JOHN and JANE DOES                                                   DEFENDANTS

## ORDER

Shackelford hasn't paid the $400 filing and administrative fees or filed an application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 3.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 January 2021