IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL L. SHACKELFORD, JR.　　　　　　　　　　　　　PLAINTIFF
ADC #137071

v.　　　　　　　　　No. 4:20-cv-1404-DPM

DEPARTMENT OF THE TREASURY;
INTERNAL REVENUE SERVICE;
BUREAU OF FISCAL SERVICE;
and JOHN and JANE DOES　　　　　　　　　　　　　　　DEFENDANTS

## JUDGMENT

Shackelford's complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 January 2021